PREET BHARARA
United States Attorney for the
Southern District of New York
By: Tomasina DiGrigoli
Special Assistant United States Attorney
86 Chambers Street 3rd Floor
New York, New York 10007
Tel. (212) 264-3650, ext. 214
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
JOHN HIDALGO,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

          Defendant.
---------------------------------------------x

STIPULATION AND ORDER
OF REMAND
01 Civ. 3336 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: Bronx, New York
     , 2010

        By: _____
           JOHN HIDALGO
           Plaintiff Pro Se
           15 North Street, Apt. 4B
           Bronx, New York 10468


Dated: New York, New York
     , 2010

           PREET BHARARA
           United States Attorney for the
           Southern District of New York
           Attorney for Defendant

        By: _____
           TOMASINA DIGRIGOLI
           Special Assistant United States Attorney
           86 Chambers Street – 3rd Floor
           New York, New York 10007
           Telephone: (212) 264-3650, ext.214
           tomasina.digrigoli@ssa.gov


SO ORDERED:

_____  4/30/10
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE